UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **NANCY COOPER ET AL** | **CASE NO. 1:23-CV-01319** |
| **VERSUS** | **JUDGE DRELL** |
| **F C A U S L L C ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### 60-DAY JUDGMENT OF DISMISSAL

The Court having been advised that this matter has been settled,

**IT IS ORDERED** that this action is **DISMISSED**, without prejudice to the right, upon good cause shown within sixty (60) days of the signing of this Order, to reopen the action if settlement is not consummated. **The Clerk is now requested to close this case.**

**IT IS FURTHER ORDERED** that the parties submit to the Court, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, a stipulation of dismissal signed by all applicable parties, together with a judgment for execution by the Court. Any motion that may be pending in this case is hereby **DENIED AS MOOT**.

THUS DONE in Chambers on this ___18___ day of July 2024.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT